| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | JEFFREY D. MOORE |
| | Assistant United States Attorney |
| 3 | California State Bar No. 240595 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7171 |
| | Facsimile:  (619) 235-2757 |
| 6 | Email: Jeffrey.Moore@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1375 JLS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| JOSE LUIS PENA-ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

1   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4   association):

5   <u>Name</u>
6   None

7

8   Please call me at the above-listed number if you have any questions about this notice.
9   DATED: July 8, 2008.

10                               Respectfully submitted,

11                               KAREN P. HEWITT
                                 United States Attorney
12
                                 /s/ *Jeff Moore*
13
                                 JEFFREY D. MOORE
14                               Assistant United States Attorney

15                               Attorneys for Plaintiff
                                 United States of America
16

17

18

19

20

21

22

23

24

25

26

27
    Notice of Appearance
28  United States v. Pena-Alvarez          2                    08cr1375 JLS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  08cr1375 JLS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| JOSE LUIS PENA-ALVAREZ, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

I, Jeffrey D. Moore, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated July 8, 2008, and this Certificate of Service, dated July 8, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Elizabeth Barros**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: elizabeth_barros@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2008.

/s/ *Jeff Moore*
JEFFREY D. MOORE
Assistant United States Attorney

Notice of Appearance
United States v. Pena-Alvarez            3            08cr1375 JLS