| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | Anne Kristina Perry |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 107440 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5767/(619) 557-7381 (Fax) |
| | Email: Anne.Perry2@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1375 |
| 11 | Plaintiff, ) | |
| 12 | v. ) | NOTICE OF APPEARANCE |
| 13 | PENA-ALVAREZ ) | |
| | Defendant ) | |
| 14 | ) | |
| 15 | | |

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-

18   captioned case.     I certify that I am admitted to practice in this court or authorized to

19   practice under CivLR 83.3.c.3-4.

20        The following government attorneys (who are admitted to practice in this court or

21   authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should

22   be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of

23   Electronic Filings relating to activity in this case:

24        NONE

1     Effective this date, <u>the following attorneys are no longer associated with this case</u>

2     and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in

3     this case (if the generic "U.S. Attorney CR" is still listed as active in this case in

4     CM/ECF, please terminate this association):

5     JEFFREY D. MOORE, Assistant U.S. Attorney

6         Please call me if you have any questions about this notice.

7         DATED:     August 30, 2008

                                                Respectfully submitted,

                                                KAREN P. HEWITT
                                                United States Attorney

                                                s/Anne Perry
                                                _____
                                                Anne Kristina Perry
                                                Assistant United States Attorney
                                                Attorneys for Plaintiff
                                                United States of America
                                                Email: Anne.Perry2@usdoj.gov

Notice of Appearance
United States v. Pena-Alvarez              2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENA-ALVAREZ )<br>)<br>Defendants. )<br>_____ ) | Case No. 07CR0176<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, ANNE PERRY, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Government's ECF Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

ELIZABETH BARROS, Federal Defenders of San Diego, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on AUGUST 30, 2008

                                            s/ Anne Perry
                                            Anne Kristina Perry
                                            Anne.Perry2@usdoj.gov